■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD SCHATZ, Appellant.— Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed March 20, 1973. Sentence reversed, on the law, and case remanded to the County Court for resentence in accordance with the views herein set forth. The sentence in this case is illegal and unauthorized. Under the Penal Law as it now reads, a sentence to a State penal institution cannot run concurrently with a previously imposed sentence to a Federal penitentiary (see Penal Law, §§ 70.25, 70.30, subd. 1). Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. REGINA ANGELL, Respondent, v. ELIZABETH M. LYNCH, as Superintendent of the Bedford Hills Correctional Facility, Appellant.— In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Westchester County, dated November 9, 1972, which restored relator to parole under the conditions existing at the time of her original release. Judgment affirmed, without costs and without prejudice to the right of the Parole Board to commence a new parole revocation proceeding if so advised (Matter of Arthurs v. Regan, 41 A D 2d 214). Shapiro, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur. [71 Misc 2d 921.]